# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:                    }
                                         }     Case No. 10-bk-59914
L. Keith Burrell, II                     }
                                         }
                                         }     Chapter 13
                                         }
**Debtor(s)**                            }

## Notice of Change of Address

My Former Mailing Address was:

Name:        L. Keith Burrell, II

Street:      6375 Tara Hill Drive

City, State, Zip: Dublin, OH 43017


**Please be advised that effective February 26th, 2015
my new mailing address is:**

Name:        **L. Keith Burrell, II**

Street:      **5798 Adventure Dr**

City, State, Zip: **Dublin, OH 43017**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on February 26th, 2015 to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
L. Keith Burrell, II
5798 Adventure Dr
Dublin, OH 43017

                                            Respectfully Submitted,

                                            /s/ Erin E. Schrader
                                            Erin E. Schrader (0078078)
                                            Rauser & Associates
                                            5 East Long St., Suite 300
                                            Columbus, OH 43215
                                            (614) 228-4480